**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-5271**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CHARLES Z. WILLIAMS,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, District Judge. (CR-05-240-RDB)

Submitted:  June 7, 2006               Decided:  June 16, 2006

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ray M. Shepard, OBER, KALER, GRIMES & SHRIVER, Baltimore, Maryland, for Appellant.  Rod J. Rosenstein, United States Attorney, Stephanie A. Gallagher, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Z. Williams appeals the district court's judgment entered pursuant to his conditional guilty plea to possession with intent to distribute cocaine base, in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(A) (2000). Williams' plea reserved the right to challenge the district court's denial of his motion to suppress evidence, which is the sole subject of this appeal. We have reviewed the record and briefs and find no reversible error. Accordingly, we affirm for the reasons stated by the district court in its order denying the motion to suppress. See United States v. Williams, No. CR-05-240-RDB (D. Md. Dec. 22, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED